[No. 25094-6-III.  Division Three.  January 22, 2008.]

TAMMY J. RHOADES, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 04-2-00078-1, E. Thompson Reynolds, J., entered March 21, 2006. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown, J., and Stephens, J. Pro Tem. Now published at 143 Wn. App. 832.

[No. 25213-2-III.  Division Three.  January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODORE FRANCIS STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-02321-2, Harold D. Clarke III, J., entered May 19, 2006. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Brown and Kulik, JJ.

[No. 25455-1-III.  Division Three.  January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY GENE MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 05-1-50534-5, Craig J. Matheson, J., entered August 25, 2006. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Brown and Kulik, JJ.

[No. 25787-8-III.  Division Three.  January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK STEVEN LUNA, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 04-1-00267-7, Allen Nielson, J., entered November 14, 2006. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.